O

# United States District Court
# Central District of California

| | |
|---|---|
| KEVIN T. KNOX, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>YINGLI GREEN ENERGY HOLDING COMPANY LIMITED; LIANSHENG MIAO; YIYU WANG,<br><br>  Defendants. | Case № 2:15-cv-04003-ODW(MRWx)<br>[c/w: 2:15-cv-04600-ODW (MRWx)]<br><br>**ORDER GRANTING IN PART STIPULATION [59]** |
| BHIMSAIN MANGLA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>YINGLI GREEN ENERGY HOLDING COMPANY LIMITED; LIANSHENG MIAO; YIYU WANG,<br><br>  Defendants. | |

Having reviewed the Stipulation and supporting declarations filed the parties (ECF Nos. 59–61), the Court still fails to see why such an extended briefing schedule on a potential Rule 12 motion is required. Such motions are limited to the face of the pleadings and facts of which the Court may take judicial notice, and thus it is unclear how the investigation that the parties intend to do bears on the briefing schedule for such a motion. Nevertheless, given the relative complexity of the matter, the Court is willing to grant a short extension on briefing. Consequently, the Court **ORDERS** as follows:

(1) Plaintiffs shall file their consolidated Complaint on or before November 20, 2015;

(2) Yingli shall respond to the Complaint within 30 days of the filing of the consolidated Complaint;

(3) If Yingli files a Motion to Dismiss the Complaint, then (i) Lead Plaintiffs shall serve and file their opposition papers within 28 days of such filing, and (ii) Yingli shall serve and file its reply papers within 14 days of Plaintiffs' filing of their opposition papers.

**IT IS SO ORDERED.**

October 28, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**