O

# United States District Court
# Central District of California

| | |
|---|---|
| KEVIN T. KNOX, NOE BAROCIO; SALVADOR BAROCIO, CINDY CONYBEAR, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YINGLI GREEN ENERGY HOLDING COMPANY LIMITED; LIANSHENG MIAO; YIYU WANG; and ZONGWEI LI,<br><br>Defendants. | Case № 2:15-cv-04003-ODW(MRWx)<br><br>**ORDER STRIKING DOCUMENTS FOR DOCKETING PURPOSES** |

Due to various filing and docketing problems caused by the recent consolidation of this case with *Mangla v. Yingli Green Energy Holding Co.*, Case No. 2:15-cv-04600-ODW, the Court hereby **ORDERS** as follows:

(1)   The Court, on its own Motion, strikes Plaintiffs' Consolidated Complaint and all related documents. (ECF Nos. 63, 67, 68, 70.)

(2)   The Court, on its own Motion, dismisses the following parties and movants from this action **without prejudice**, and for the sole purpose of correcting

docketing issues:

      (a)    Bhimsain Mangla

      (b)    Nicolas Erodiades

      (c)    Mario Santavicca

This dismissal shall have no effect on their ability to participate in the lawsuit as class members.

(3)    Within seven days of the date of this Order, Plaintiffs shall re-file their Consolidated Complaint. The caption of the complaint should identify only those who are parties to this action; the caption should not refer to the parties in Case No. 2:15-cv-04600-ODW.

(4)    Defendant Yingli Green Energy Holding Company Ltd.'s Motion to Dismiss (ECF Nos. 65, 66) shall be deemed responsive to Plaintiffs' re-filed Consolidated Complaint.

(5)    The caption of any future document filed in this matter should not refer to the parties in Case No. 2:15-cv-04600-ODW.

**IT IS SO ORDERED.**

December 29, 2015

                                              **OTIS D. WRIGHT, II**
                                      **UNITED STATES DISTRICT JUDGE**