# United States District Court
# Central District of California

| | |
|---|---|
| KEVIN T. KNOX; NOE BAROCIO; SALVADOR BAROCIO; CINDY CONYBEAR, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YINGLI GREEN ENERGY HOLDING COMPANY LIMITED; LIANSHENG MIAO; YIYU WANG; and ZONGWEI "BRIAN" LI,<br><br>Defendants. | Case № 2:15-cv-04003-ODW(MRWx)<br><br>**JUDGMENT** |
| BHIMSAIN MANGLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YINGLI GREEN ENERGY HOLDING COMPANY LIMITED; LIANSHENG MIAO; and YIYU WANG,<br><br>Defendants. | Case № 2:15-cv-04600-ODW(MRWx) |

On May 28, 2015, Plaintiff Kevin Knox filed an action entitled *Kevin T. Knox v. Yingli Green Energy Holding Company Ltd.*, Case No. 2:15-cv-04003-ODW

(MRWx). On June 17, 2015, Plaintiff Bhimsain Mangla filed an action entitled *Bhimsain Mangla v. Yingli Green Energy Holding Company Ltd.*, Case No. 2:16-cv-04600-ODW (MRWx). On October 6, 2015, the Court consolidated both actions, designated *Knox* as the lead case, appointed Noe Barocio and Salvador Barocio as lead plaintiffs, and appointed The Rosen Law Firm as lead counsel. On August 15, 2017, the Court granted Defendant Yingli Green Energy Holding Company's Motion to Dismiss without leave to amend. On August 21, 2017, the Court dismissed Defendants Liansheng Miao, Yiyu Wang, and Zongwei "Brian" Li without prejudice.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiffs Kevin Knox, Noe Barocio, Salvador Barocio, Cindy Conybear, and Bhimsain Mangla shall recover nothing from Defendant Yingli Green Energy Holding Company;

2. The individual claims of Plaintiff Kevin Knox, Noe Barocio, Salvador Barocio, Cindy Conybear, and Bhimsain Mangla against Defendant Yingli Green Energy Holding Company are dismissed on the merits and with prejudice;

3. The claims of the putative class members in both actions are dismissed without prejudice;

4. Defendants Liansheng Miao, Yiyu Wang, and Zongwei "Brian" Li are dismissed from both actions without prejudice;

5. Defendant Yingli Green Energy Holding Company shall recover its costs as evidenced by a Bill of Costs.

**IT IS SO ORDERED.**

August 21, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**