Laurence M. Rosen, Esq., Cal. Bar No. 219683
Jonathan Horne, Esq. (*Pro Hac Vice*)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com
Email: jhorne@rosenlegal.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KNOX; NOE BAROCIO; SALVADOR BAROCIO; CINDY CONYBEAR, each individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>YINGLI GREEN ENERGY HOLDING COMPANY LIMITED, LIANSHENG MIAO, YIYU WANG, AND ZONGWEI "BRYAN" LI,<br><br>Defendants.<br>______________________________<br><br>AND RELATED CASES<br>______________________________<br>This Document relates to: All Actions | **Case No. 2:15-cv-04003-ODW(MRWx)**<br>**[c/w: 2:15-cv-04600-ODW (MRWx)]**<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS**<br><br>Date: October 28, 2019<br>Time: 1:30 p.m.<br>Courtroom: 5D, 5th Floor<br>Judge: Hon. Otis D. Wright, II |

**PLEASE TAKE NOTE** that on October 28, 2019, Lead Plaintiffs Noe and Salvador Barocio ("Lead Plaintiffs") and Plaintiff Cindy Conybear (collectively, "Plaintiffs") will move this Court, the Honorable Otis D. Wright, II, United States District Judge of the United States District Court for the Central District of California, First Street Courthouse, 350 W. 1st Street, Courtroom 5D, Los Angeles, California 90012, for entry of an Order authorizing the distribution of class action settlement funds.

The grounds in support of this motion are set forth fully in the accompanying: (a) Memorandum of Points and Authorities in Support of Unopposed Motion for Distribution of Class Action Settlement Funds; (b) the Declaration of Tina Chiango Regarding the Claims Administration Process ("Chiango Declaration"); as well as (c) all records and papers on file in this action and any argument offered at a hearing on this Motion.

A proposed order is submitted herewith.

Plaintiffs make this motion following the conference of counsel pursuant to Local Rule 7-3, conducted on September 17, 2019, during which counsel for Yingli Green Energy Company Limited advised that it does not oppose the motion.

Accordingly, Plaintiffs respectfully request that the Court decide this motion on the papers and approve and enter the proposed order submitted herewith.

Dated: September 24, 2019

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*

Laurence M. Rosen, Esq. (SBN 219683)
Jonathan Horne, Esq. (*Pro Hac Vice*)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com
Email: jhorne@rosenlegal.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence M. Rosen*
Laurence M. Rosen, Esq.