UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KNOX; NOE BAROCIO; SALVADOR BAROCIO; CINDY CONYBEAR, each individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>YINGLI GREEN ENERGY HOLDING COMPANY LIMITED, LIANSHENG MIAO, YIYU WANG, AND ZONGWEI "BRYAN" LI,<br><br>Defendants.<br>________________<br><br>AND RELATED CASES<br>________________<br>This Document relates to: All Actions | **Case No. 2:15-cv-04003-ODW(MRWx) [c/w: 2:15-cv-04600-ODW (MRWx)]**<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS [150]**<br><br>Date: October 28, 2019<br>Time: 1:30 p.m.<br>Courtroom: 5D, 5th Floor<br>Judge: Hon. Otis D. Wright, II |

IT IS HEREBY ORDERED THAT:

1. The funds that are currently in the Net Settlement Fund (less any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses) shall be distributed on a *pro rata* basis to the Authorized Claimants identified in Exhibit B to the Declaration of Tina Chiango Regarding the Claims Administration Process ("Chiango Declaration") at the direction of Lead Counsel, The Rosen Law Firm, P.A., pursuant to the Stipulation and Agreement of Settlement filed with the Court on June 17, 2018 (the "Stipulation") (Dkt. No. 131) and the Plan of Allocation of Net Settlement Fund set forth in the Notice of Pendency and Settlement of Class Action that was distributed pursuant to this Court's prior Order.

2. Any person asserting any rejected or subsequently filed claims are finally and forever barred as of September 16, 2019, the date used to finalize the administration based on the Chiango Declaration.

3. The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or Net Settlement Fund (including, but not limited to Lead Counsel and RG/2 Claims Administration LLC ("RG/2")) are released and discharged from any and all claims arising out of such involvement. All Settlement Class Members are barred from making any further claims against the Net Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this Order.

4. The checks for distribution to Authorized Claimants shall bear the notation "DEPOSIT PROMPTLY, VOID AND SUBJECT TO RE- DISTRIBUTION IF NOT NEGOTIATED WITHIN 180 DAYS OF DISTRIBUTION." Lead Counsel and the court-appointed Claims Administrator, RG/2, are authorized to locate and/or

contact any Authorized Claimant who has not cashed his, her or its check within said time.

5. If any funds remain in the Net Settlement Fund by reason of uncashed checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, any balance remaining in the Net Settlement Fund one (1) year after the initial distribution of such funds shall be re-distributed, after payment of any unpaid costs or fees incurred in administering the Net Settlement Fund for such re-distribution, if such second distribution is economically feasible, to Settlement Class Members who have cashed their checks and who would receive at least $15.00 from such re-distribution. If any funds shall remain in the Net Settlement Fund six (6) months after such redistribution, then such balance shall be contributed to the Legal Aid Foundation of Los Angeles, or any not-for-profit successor of it.

6. RG/2 is hereby ordered to discard paper or hard copies of Proofs of Claims and supporting documents not less than one (1) year after all distributions of the Net Settlement Fund to the eligible claimants, and electronic copies of the same not less than three (3) years after all distributions of the Net Settlement Fund to the eligible claimants.

7. This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

**IT IS SO ORDERED.**

October 25, 2019

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE